Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

        Case No.:  18–13333–MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Palash H. Chaudari
   32 Stonewall Dr
   Edison, NJ 08820–2950

Social Security No.:
   xxx–xx–1490

Employer's Tax I.D. No.:

---

**FINAL DECREE**


    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>May 11, 2018</u>        <u>Michael B. Kaplan</u>
                                    Judge, United States Bankruptcy Court